UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRINA SOLAR US, INC., a Delaware Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JRC-SERVICES LLC and JASMIN SOLAR PTY LTD.,<br><br>　　　　Defendants. | Case No. 2:21-cv-00572-JCM-EJY<br><br>**ORDER** |

　　Pending before the Court is third party Jolande Carson's Emergency Motion to Quash Subpoena. ECF No. 7. The information contained in this Emergency Motion demonstrate that, at a minimum, there is good cause to vacate the scheduled due date for responses to deposition by means of written questions, *nunc pro tunc*.

　　Accordingly, IT IS HEREBY ORDERED that the Emergency Motion to Quash Subpoena (ECF No. 7) is GRANTED to the extent that third party Jolande Carson shall not be required to respond to the pending deposition by means of written questions until further order of the Court.

　　IT IS FURTHER ORDERED that Trina Solar US, Inc. shall file a response to the Emergency Motion that includes specific and a limited number of questions it believes it must propound on Ms. Carson in order to attempt to collect a judgment from JRC-Services LLC and Jasmin Solar PTY LTD. In its response, Trina Solar must explain why it believes Ms. Carson is the only source of the information it seeks. The explanation must demonstrate why Trina Solar believes, given Ms. Carson's health, it has no other option for obtaining the information it seeks. This response shall be filed no later than **September 9, 2021**.

　　Dated this 2nd day of September, 2021.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ELAYNA J. YOUCHAH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE