UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TRINA SOLAR US, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JRC-SERVICES LLC and JASMIN SOLAR PTY LTD.,<br><br>　　　　　Defendants. | Case No. 2:21-cv-00572-JCM-EJY<br><br>**ORDER** |

Pending before the Court is Third Party Jolande Carson's Motion for Leave to File Exhibits Under Seal. ECF No. 9. A review of Exhibits 11 and 12 demonstrate they are highly confidential and personal to Ms. Carson and are appropriately sealed.

Accordingly, IT IS HEREBY ORDERED that the Motion for Leave to File Exhibits Under Seal (ECF No. 9) is GRANTED.

IT IS FURTHER ORDERED that docket ECF No. 8, which contains Exhibits 11 and 12, is and shall remain sealed.

Dated this 2nd day of September, 2021.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE